HENRY ZENIE et al., Copartners under the Name of ZENIE BROTHERS, Respondents, *v.* HERBERT L. MIS-KEND et al., Appellants.

(Argued March 4, 1936; decided March 20, 1936.)

*Asher Blum* for appellants.

*Harold Weill* for respondents.

Order affirmed, with costs. First question certified answered in the affirmative, and second and third questions answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.